**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **Z'AMORION ROBERTSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-5713** |
| **TIMOTHY SOIGNET, ET AL.** | **SECTION "O"** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation[1] and adopts it as its opinion in this matter.

Accordingly.

**IT IS ORDERED** that Plaintiff Z'Amorion Robertson's 42 U.S.C. § 1983 complaint against Defendants Sheriff Timothy Soignet, Warden Rhonda Ledet, and Medical Supervisor April Tomlin be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A, and as applicable, 42 U.S.C. §1997e, as frivolous and for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 6th day of November, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 9.